## DUBIS GENERAL CONTRACTOR, INC., Plaintiff-Respondent,

v.

## Jasper PENDINO, et al., Defendants-Appellants.

Nos. 50295, 50324.

Missouri Court of Appeals,
Eastern District,
Division Eight.

Aug. 26, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 24, 1986.

Application to Transfer Denied
Nov. 18, 1986.

Evans & Dixon, Stefan F. Glynias, Joel A. Montgomery, Jr., St. Louis, for plaintiff-respondent.

Roger M. Hibbits, Florissant, for defendants-appellants.

## ORDER

PER CURIAM.

Dubis General Contractor, Inc., sued Jasper and Gloria Pendino, husband and wife, for alleged breach of a written contract in which Dubis agreed to demolish an existing building and construct a restaurant for the Pendinos on property located in St. Louis County. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. No jurisprudential purpose would be served by a written opinion. Judgment affirmed in accordance with Rule 84.16(b).